**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAN THAI DINH, DDS & RIVER ARCH DENTAL DOES 1 TO 100,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PATTERSON DENTAL SUPPLY, INC.,<br><br>　　　　　Defendant.<br>_____<br><br>LAN THAI DINH, DDS; VIET THAI DINH, DMD, HAMNER SQUARE DENTAL D/B/A EASTVALE DENTAL,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PATTERSON DENTAL SUPPLY, INC., DOES 1 TO 100,<br><br>　　　　　Defendants.<br>_____ | Case Nos.<br><br>EDCV 13-01079-VAP (OPx)<br>***EDCV 13-01080-VAP (OPx)***<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Orders filed herewith, IT IS ORDERED AND ADJUDGED that the Complaints in the above-entitled actions are DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: May 30, 2014

/s/ Virginia A. Phillips
VIRGINIA A. PHILLIPS
United States District Judge