1  WILLIAM R. STOERI (admitted *pro hac vice*)
   stoeri.bill@dorsey.com
2  KRISTIN K. ZINSMASTER (admitted *pro hac vice*)
   zinsmaster.kristin@dorsey.com
3  DORSEY& WHITNEY LLP
   50 South Sixth Street, Suite 1500
4  Minneapolis, MN  55402
   Telephone: (612) 340-2600
5  Facsimile: (612) 340-2868

6  KENT J. SCHMIDT (SBN 195969)
   schmidt.kent@dorsey.com
7  DORSEY & WHITNEY LLP
   600 Anton Boulevard, Suite 2000
8  Costa Mesa, CA 92626
   Telephone:  (714) 800-1400
9  Facsimile:  (714) 800-1499

JS-6

10
   Attorneys for Defendant
11 PATTERSON DENTAL SUPPLY, INC.

12                       UNITED STATES DISTRICT COURT
13              CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION
14

15 | LAN THAI DINH, et al.,                        | CASE NOS:
16 |                                               | Case No. 5:13-CV-01079-VAP-OP
17 |           Plaintiffs,                         | **Case No. 5:13-CV-01080-VAP-OP**
18 | v.                                            | **[PROPOSED]** ORDER DISMISSING
19 |                                               | CONSOLIDATED CASE NO.
   | PATTERSON DENTAL SUPPLY, INC., et al.,        | 5:13-CV-01080 [FRCP 41(A)(1)(a)(ii)]
20 |                                               |
21 |           Defendants.                         | [Filed concurrently with Joint Stipulation to Dismiss Consolidated Case No. 5:13-CV-01080]
22 |                                               | Complaint Filed: May 2, 2013
23 |                                               | Complaint Removed:  June 17, 2013
   |                                               | Trial Date: June 23, 2015
24
25
26             **This filing relates to: Case No. 5:13-CV-01080-VAP-OP.**
27
28

**[PROPOSED] ORDER DISMISSING CONSOLIDATED CASE NO.
5:13-CV-01080**

The Court, having considered the Joint Stipulation to Dismiss Consolidate Case No. 5:13-CV-01080, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

<u>Lan Thai Dinh, DDS; Viet Thai Dinh, DMD, and Hamner Square Dental (d/b/a Eastvale Dental) v. Patterson Dental Supply, Inc.</u> (C.D. Cal. Case No**. 5:13-CV-01080**) is hereby dismissed with prejudice.

Each party to bear its own costs with respect to this dismissed cause of action.

**IT IS SO ORDERED.**

DATED:  October 8, 2014_____

*[signature: Virginia A. Phillips]*

HONORABLE VIRGINIA A. PHILLIPS
United States District Judge

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Costa Mesa, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 600 Anton Boulevard, Suite 2000, Costa Mesa, CA 92626. On October 3, 2014, I served the documents named below on the parties in this action as follows:

**DOCUMENT(S) SERVED:** [PROPOSED] ORDER DISMISSING CONSOLIDATED CASE NO. 5:13-CV-01080

**SERVED UPON:**

Lan Thai Dinh, DDS
River Arch Dental
2920 South Archibald Avenue, Unit C
Ontario, CA 91761
Tel: (909) 923-2273
Fax: (909) 923-2284

☐ (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Costa Mesa, California. I am readily familiar with the practice of Dorsey & Whitney LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☐ (BY PERSONAL SERVICE) I delivered to an authorized courier or driver authorized by **LS Attorney Services LLC** to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

☒ (BY FEDERAL EXPRESS) I am readily familiar with the practice of Dorsey & Whitney LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☐ (BY FACSIMILE) The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error. Pursuant to C.R.C. 2009(i), I caused the transmitting facsimile machine to issue properly a transmission report, a copy of which is attached to this Declaration.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on October 3, 2014, at Costa Mesa, California.

Kate Wood